IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  20-20201 JAD |
| | ) | Chapter 13 |
| Barren A. McElroy | ) | |
| Stephanie L. McElroy, | ) | Related to |
| *Debtors* | ) | Docket No.  19 |
| | ) | |
| Barren A. McElroy | ) | |
| Stephanie L. McElroy, | ) | |
| *Movants* | ) | |
| | ) | **DEFAULT O/E JAD** |
| vs. | ) | |
| | ) | |
| Cavalry SPV I, LLC, | ) | |
| *Respondent* | ) | |

## ORDER OF COURT

AND NOW, to wit, this ____27th____ day of _____March_____, 2020, it is hereby

ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claims 1 and 2 are

stricken.

_____  sjk
Honorable Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
3/27/20 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 20-20201-JAD
Barren A. McElroy                                                                   Chapter 13
Stephanie L. McElroy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Mar 27, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
db/jdb          +Barren A. McElroy,    Stephanie L. McElroy,    158 Spruce Hollow Rd,
                 Connellsville, PA 15425-6064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
          Abagale E. Steidl    on behalf of Joint Debtor Stephanie L. McElroy asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
           ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Abagale E. Steidl    on behalf of Debtor Barren A. McElroy asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
           ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Beth L. Slaby    on behalf of Creditor    Dollar Bank, FSB bslaby@grenenbirsic.com,
           mcupec@grenenbirsic.com
          David W. Raphael    on behalf of Creditor    Dollar Bank, FSB raphaeld@fnb-corp.com
          James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 7