IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-20201 JAD |
| | ) | Chapter 13 |
| Barren A. McElroy | ) | |
| Stephanie L. McElroy, | ) | |
|    *Debtors* | ) | Related to Docket No. 33 |
| | ) | |
| Barren A. McElroy | ) | |
| Stephanie L. McElroy, | ) | |
|    *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Cavalry SPV I, LLC, | ) | |
|    *Respondent* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on March 30, 2020, a true and correct copy of the *Order of Court dated March 27, 2020* was served via First Class US Mail, postage prepaid, upon the following persons and parties:

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Cavalry Portfolio Services, LLC
Attn: Matthew Oprysk, Bankruptcy Specialist
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Barren & Stephanie McElroy
158 Spruce Hollow Rd
Connellsville, PA 15425

**Service by ECF Mail:** Ronda J. Winnecour, Trustee

| | |
|---|---|
| <u>March 30, 2020</u> | <u>/s/ Abagale Steidl</u> |
| DATE | Abagale Steidl, Esquire |
| | Attorney for the Debtors |
| | STEIDL & STEINBERG |
| | Suite 2830 – Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | asteidl@steidl-steinberg.com |
| | PA I. D. No 319217 |