**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Barren A. McElroy<br>Stephanie L. McElroy fka Stephanie L. Smeltz<br>                      Debtor(s) | BK. NO. 20-20201 JAD |
| Toyota Motor Credit Corporation<br>                      Movant<br>                v.<br>Barren A. McElroy<br>Stephanie L. McElroy fka Stephanie L. Smeltz<br>                  Respondent<br>              and<br>Ronda J. Winnecour, Trustee<br>                  Additional Respondent | CHAPTER 13<br><br>Related to Docket #___29___<br><br><br><br>**DEFAULT O/E JAD** |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 22nd day of April, 2020, upon Motion of Toyota Motor Credit Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2019 Toyota Camry, VIN: 4T1B11HK8KU794349, in a commercially reasonable manner. The stay pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived.

                                                  _____ sjk
                                                  United States Bankruptcy Judge
                                                   Jeffery A. Deller

cc: See attached service list:

                                                   FILED
                                                   4/22/20 10:20 am
                                                   CLERK
                                                   U.S. BANKRUPTCY
                                                   COURT - WDPA

Barren A. McElroy
158 Spruce Hollow Rd
Connellsville, PA 15425

Stephanie L. McElroy fka Stephanie L. Smeltz
158 Spruce Hollow Rd
Connellsville, PA 15425

Abagale E. Steidl
Steidl & Steinberg
707 Grant Street, 28th Floor - Gulf Tower
Pittsburgh, PA 15219
asteidl@steidl-steinberg.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20201-JAD
Barren A. McElroy                                                         Chapter 13
Stephanie L. McElroy
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 1           Date Rcvd: Apr 22, 2020
                             Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2020.
db/jdb         +Barren A. McElroy,   Stephanie L. McElroy,   158 Spruce Hollow Rd,
                 Connellsville, PA 15425-6064
               +KML Law Group, P.C.,   BNY Independence Center,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2020 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Debtor Barren A. McElroy asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Abagale E. Steidl    on behalf of Joint Debtor Stephanie L. McElroy asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Beth L. Slaby    on behalf of Creditor   Dollar Bank, FSB bslaby@grenenbirsic.com,
               mcupec@grenenbirsic.com
              David W. Raphael    on behalf of Creditor   Dollar Bank, FSB raphaeld@fnb-corp.com
              James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7