IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 20-20201 JAD |
| | Chapter 13 |
| Barren A. McElroy | |
| Stephanie L. McElroy, | |
| *Debtors* | Docket No. |
| | |
| Barren A. McElroy | |
| Stephanie L. McElroy, | |
| *Movants* | Related to Doc. #38 |
| | |
| vs. | |
| | **DEFAULT O/E JAD** |
| Pinnacle Credit Services, LLC c/o | |
| Resurgent Capital Services, | |
| *Respondent* | |

## ORDER OF COURT

AND NOW, to wit this __22nd__ day of __May__, 2020, upon consideration of the Debtor's Objection to Claim No. 13 and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Claim Number 13 filed by the above captioned Respondent is disallowed in its entirety; and,

2. No fees, costs or charges shall be allowed against the debtor for defending this objection.

_____ sjk
Jeffery A. Deller, U.S.B.J.

FILED
5/22/20 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 20-20201-JAD
Barren A. McElroy                                                               Chapter 13
Stephanie L. McElroy
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 1              Date Rcvd: May 22, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
db/jdb          +Barren A. McElroy,    Stephanie L. McElroy,    158 Spruce Hollow Rd,
                 Connellsville, PA 15425-6064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Joint Debtor Stephanie L. McElroy asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Abagale E. Steidl    on behalf of Debtor Barren A. McElroy asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Beth L. Slaby    on behalf of Creditor   Dollar Bank, FSB bslaby@grenenbirsic.com,
               mcupec@grenenbirsic.com
              David W. Raphael    on behalf of Creditor   Dollar Bank, FSB raphaeld@fnb-corp.com
              James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7