IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-20201 JAD |
| | ) | Chapter 13 |
| Barren A. McElroy | ) | |
| Stephanie L. McElroy, | ) | |
| *Debtors* | ) | Related to Docket No. 44 |
| | ) | |
| Barren A. McElroy | ) | |
| Stephanie L. McElroy, | ) | |
| *Movants* | ) | Related to Claim No. 13 |
| | ) | |
| vs. | ) | |
| | ) | |
| Pinnacle Credit Services, LLC c/o | ) | |
| Resurgent Capital Services, | ) | |
| *Respondent* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 28, 2020, a true and correct copy of the *Order of Court dated May 22, 2020* was served via First Class US Mail, postage prepaid, upon the following persons and parties:

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Resurgent Capital Services
Attn: Staci Rhoades, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

Barren & Stephanie McElroy
158 Spruce Hollow Rd
Connellsville, PA 15425

**Service by ECF Mail:** Ronda J. Winnecour, Trustee

May 28, 2020
DATE

/s/ Abagale Steidl
Abagale Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA I. D. No 319217