IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
                                      )  Case No. 20-20201-JAD
Barren A. McElroy                     )
Stephanie L. McElroy                  )
                                      )  Chapter 13
    Debtors                           )  Document No. _____
                                      )  Related to Document No. 47

## CONSENT ORDER MODIFYING AUGUST 4, 2020 ORDER

AND NOW, this _____ day of _____, 2020, upon consent of the Debtors and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated August 4, 2020 it is

ORDERED that Part "1.G." be amended to add the following: Carvana (Claim #6) shall govern as to amount, to be paid at the modified plan terms.

The August 4, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____
Judge Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Abagale Steidl
Abagale Steidl, Esquire (PA I.D. #319217)
Attorney for Debtor
Steidl & Steinberg
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
asteidl@steidl-steinberg.com