# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BARREN A. MCELROY                              Case No. 20-20201JAD
STEPHANIE L. MCELROY

        Debtor(s)
RONDA J. WINNECOUR,                            Chapter 13
Standing Chapter 13 Trustee,

        Movant                          Document No __
vs.
NAVIENT

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

    We have received noticed that Navient does not service this loan

| | |
|---|---|
| NAVIENT<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | Court claim# /Trustee CID# 22 |

The Movant further certifies that on 02/01/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>BARREN A. MCELROY, STEPHANIE L. MCELROY, 158 SPRUCE HOLLOW RD, CONNELLSVILLE, PA  15425 | DEBTOR'S COUNSEL:<br>ABAGALE E STEIDL ESQ, STEIDL & STEINBERG, GULF TOWER - 28TH FL, 707 GRANT ST, PITTSBURGH, PA  15219 |
|---|---|
| ORIGINAL CREDITOR:<br>NAVIENT, PO BOX 9500, WILKES-BARRE, PA  18773-9500 | |
| NEW CREDITOR:<br>UNKNOWN | |