IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br> Barren A. McElroy<br> Stephanie L. McElroy,<br>   *Debtors*<br><br>Barren A. McElroy<br> Stephanie L. McElroy,<br>   *Movants*<br><br>          vs.<br><br>AAA Debt Recovery, Armstrong Cable, BB&T, Bridgecrest, Bullskin, Township, Carvana, LLC, Cavalry SPV I, LLC, Citibank/The Home Depot, Comenity/Alphaeoncos, Commonwealth Financial Systems, Credence Resource Management, Discover Financial Services, Dollar Bank, Enhanced Recovery Corp., Fayette County Tax Claim Bureau, FedLoan Servicing, First Federal Credit Control Inc., Internal Revenue Service, Jefferson Capital Systems, LVNV Funding, Midland Credit Management, Navient, PRA Receivables Management, LLC, PA Dept. of Revenue, Pinnacle Credit Services, LLC, Ravi GI Associates, Sallie Mae, Sears/CBNA, Stanwood FCU, Synchrony Bank/Care Credit, Toyota Motor Credit Corporation, Verizon Wireless, West Penn Power, Office Of the US Trustee, and Ronda Winnecour, Trustee,<br>   *Respondents* | Case No. 20-20201 JAD<br><br>Chapter 13<br>Document No.<br><br><br><br>Related to Doc. #59<br><br><br><br>**DEFAULT O/E JAD** |

## ORDER OF COURT

AND NOW, to wit, this  11th  day of     February    , 2021, it is hereby

ORDERED, ADJUDGED and DECREED, that the Chapter 13 Bankruptcy Case of Barren and

Stephanie McElroy is hereby dismissed without prejudice.

_____ sjk

Hon. Jeffery A. Deller
United States Bankruptcy Judge

FILED
2/11/21 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20201-JAD |
| Barren A. McElroy | Chapter 13 |
| Stephanie L. McElroy | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 4 |
| Date Rcvd: Feb 11, 2021 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barren A. McElroy, Stephanie L. McElroy, 158 Spruce Hollow Rd, Connellsville, PA 15425-6064 |
| cr | + | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| 15185778 | + | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15185779 | + | Armstrong Cable, P.O.ox 37749, Philadelphia, PA 19101-5049 |
| 15185782 | + | Bullskin Township, c/o Leslie Wiltrout, 218 Wiltrout Hollow Road, White, PA 15490-1026 |
| 15201233 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15185783 | + | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15185784 | + | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15185787 | + | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 15185791 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15203094 | + | Dollar Bank, FSB, 300 W. Tuscarawas Street, Canton, OH 44702-1911 |
| 15203095 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15210151 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15259539 | + | Fayette County Tax Claim, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15185798 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15185794 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15221910 | + | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 15185804 | + | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 15185807 | + | Ravi GI Assocaites, 4318 Northern Pike, Suite 101, Monroeville, PA 15146-2823 |
| 15185808 | + | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 15185809 | + | Stanwood Fcu, Po Drawer C 444, New Stanton, PA 15672-0417 |
| 15185813 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 15185812 | | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15285447 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15209038 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2021 03:34:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15185780 | | Email/Text: bankruptcy@bbandt.com | Feb 12 2021 03:10:00 | Bb&T, Box 1847, Wilson, NC 27894 |
| 15189920 | + | Email/Text: bankruptcy@bbandt.com | Feb 12 2021 03:10:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 15185781 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Feb 12 2021 03:11:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 15187852 | + | Email/Text: bankruptcy@cavps.com | Feb 12 2021 03:11:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15185784 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 20-20201-JAD    Doc 64    Filed 02/13/21    Entered 02/14/21 00:37:50    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: bsil | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: pdf900 | Total Noticed: 54 |

| | | | |
|---|---|---|---|
| | | Feb 12 2021 03:35:26 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15185783 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 12 2021 03:34:20 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15185785 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Feb 12 2021 03:10:00 | Comenity/Alphaeoncos, Po Box 182120, Columbus, OH 43218-2120 |
| 15185786 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Feb 12 2021 03:10:00 | Comenity/Alphaeoncos, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15185789 | + Email/Text: bankruptcy@credencerm.com | | |
| | | Feb 12 2021 03:11:00 | Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 15185788 | + Email/Text: bankruptcy@credencerm.com | | |
| | | Feb 12 2021 03:11:00 | Credence Resource Management, Po Box 2300, Southgate, MI 48195-4300 |
| 15185790 | Email/Text: mrdiscen@discover.com | | |
| | | Feb 12 2021 03:10:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15188526 | Email/Text: mrdiscen@discover.com | | |
| | | Feb 12 2021 03:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15185793 | + Email/Text: bknotice@ercbpo.com | | |
| | | Feb 12 2021 03:11:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15185792 | + Email/Text: bknotice@ercbpo.com | | |
| | | Feb 12 2021 03:11:00 | Enhanced Recovery Corp, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15185802 | Email/Text: jill@ffcc.com | | |
| | | Feb 12 2021 03:10:00 | First Federal Credit Control, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 15185803 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Feb 12 2021 03:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15219784 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Feb 12 2021 03:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15330079 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 12 2021 03:18:18 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15185805 | + Email/PDF: pa_dc_claims@navient.com | | |
| | | Feb 12 2021 03:26:26 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15185806 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 12 2021 03:26:21 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15199252 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 12 2021 03:18:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15220988 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 12 2021 03:26:27 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15224830 | Email/Text: ebn_bkrt_forms@salliemae.com | | |
| | | Feb 12 2021 03:11:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15185808 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 12 2021 03:19:25 | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 15186144 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 12 2021 03:17:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15185811 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 12 2021 03:26:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15185810 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 12 2021 03:17:26 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15215207 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Feb 12 2021 03:18:43 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15185814 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

Case 20-20201-JAD    Doc 64    Filed 02/13/21    Entered 02/14/21 00:37:50    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: bsil | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: pdf900 | Total Noticed: 54 |

| | | | Feb 12 2021 03:10:00 | Verizon Wireless, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
|---|---|---|---|---|
| 15185815 | | Email/Text: bankruptcy@firstenergycorp.com | Feb 12 2021 03:11:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15205663 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 12 2021 03:11:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15187857 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15185799 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15185800 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15185801 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15185795 | *+ | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15185796 | *+ | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15185797 | *+ | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021             Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Stephanie L. McElroy asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Barren A. McElroy asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Beth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 4 of 4 |
| Date Rcvd: Feb 11, 2021 | Form ID: pdf900 | Total Noticed: 54 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7