Case 20-20201-JAD   Doc 72   Filed 05/03/21   Entered 05/03/21 13:53:14   Desc Main
Document      Page 1 of 3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BARREN A. MCELROY
STEPHANIE L. MCELROY
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.:20-20201 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/17/2020 and confirmed on 03/03/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,781.00 |
| Less Refunds to Debtor | 6,255.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,526.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,785.86 | |
|   Trustee Fee | 2,174.29 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,960.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| TAX AUTH OR TYPE TAX UNKNOWN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2843 | | | | |
| DOLLAR BANK FSB** | 0.00 | 12,166.14 | 0.00 | 12,166.14 |
|   Acct: 8764 | | | | |
| STANWOOD AREA FCU | 5,518.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2001 | | | | |
| DOLLAR BANK FSB** | 3,186.02 | 2,443.39 | 0.00 | 2,443.39 |
|   Acct: 8764 | | | | |
| FAYETTE COUNTY TAX CLAIM BUR | 1,128.51 | 306.76 | 66.59 | 373.35 |
|   Acct: 0096 | | | | |
| BB & T - NOW TRUIST** | 10,353.74 | 2,210.07 | 658.01 | 2,868.08 |
|   Acct: 2811 | | | | |
| LVNV FUNDING LLC | 16,020.31 | 3,349.30 | 1,021.42 | 4,370.72 |
|   Acct: 1901 | | | | |
| TOYOTA MOTOR CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6531 | | | | |
| | | | | 22,221.68 |

Priority

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ABAGALE E STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BARREN A. MCELROY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,400.00 | 2,785.86 | 0.00 | 0.00 |
| BARREN A. MCELROY<br>Acct: | 1,251.00 | 1,251.00 | 0.00 | 0.00 |
| BARREN A. MCELROY<br>Acct: | 2,502.00 | 2,502.00 | 0.00 | 0.00 |
| BARREN A. MCELROY<br>Acct: | 2,502.00 | 2,502.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 5662 | 6,278.00 | 0.00 | 0.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLERK U<br>Acct: XXXXXXXXXXXXX FCU | 4,284.77 | 4,284.77 | 0.00 | 4,284.77 |
| RONDA J WINNECOUR TRUSTEE/CLERK U<br>Acct: XXXIENT | 25.00 | 25.00 | 0.00 | 25.00 |
| | | | | 4,309.77 |
| **Unsecured** | | | | |
| FED LOAN SERVICING<br>Acct: 0001 | 0.00 | 325.00 | 0.00 | 325.00 |
| FED LOAN SERVICING<br>Acct: 0004 | 0.00 | 325.00 | 0.00 | 325.00 |
| FIRST COMMONWEALTH BANK<br>Acct: 5641 | 0.00 | 0.00 | 0.00 | 0.00 |
| ARMSTRONG CABLE CO<br>Acct: 2403 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 0747 | 4,831.94 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: 7443 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL SYSTEMS/N<br>Acct: 99N1 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDENCE RESOURCE MANAGEMENT<br>Acct: 3673 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 8278 | 7,744.15 | 0.00 | 0.00 | 0.00 |
| ERC<br>Acct: 0212 | 0.00 | 0.00 | 0.00 | 0.00 |
| FED LOAN SERVICING<br>Acct: 0003 | 0.00 | 325.00 | 0.00 | 325.00 |
| FED LOAN SERVICING<br>Acct: 0002 | 0.00 | 59.40 | 0.00 | 59.40 |
| FIRST FEDERAL CREDIT CONTROL<br>Acct: 4933 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVIENT<br>Acct: 9808 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 4614 | 1,099.07 | 0.00 | 0.00 | 0.00 |
| RAVI GI ASSOC<br>Acct: 4991 | 0.00 | 0.00 | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 3400 | 689.15 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 4614 | 0.00 | 0.00 | 0.00 | 0.00 |

| 20-20201 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 818.72 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   WEST PENN POWER* | 1,010.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 0424 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE OF CHRY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9107 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE OF CHRY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2314 | | | | |
|   PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 600.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0861 | | | | |
|   INTERNAL REVENUE SERVICE* | 1,135.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7936 | | | | |
|   SALLIE MAE BANK | 2,980.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 7936 | | | | |
|   TOYOTA MOTOR CREDIT CORP | 20,188.57 | 0.00 | 0.00 | 0.00 |
|     Acct: 6531 | | | | |
| | | | | 1,034.40 |
| **TOTAL PAID TO CREDITORS** | | | | 27,565.85 |

TOTAL CLAIMED
PRIORITY       10,587.77
SECURED        36,206.58
UNSECURED      41,097.79

Date: 05/03/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com