UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In re:                                                                    Case No. 20-20201JAD

BARREN A. MCELROY
STEPHANIE L. MCELROY
Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/17/2020.

2) The plan was confirmed on 03/03/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 08/04/2020.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 02/11/2021.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $23,866.85.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $38,781.00 |
| Less amount refunded to debtor | $6,255.00 |

**NET RECEIPTS:** $32,526.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,785.86 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,174.29 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,960.15

Attorney fees paid and disclosed by debtor: $600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ARMSTRONG CABLE CO | Unsecured | 195.65 | NA | NA | 0.00 | 0.00 |
| BB & T - NOW TRUIST** | Secured | 10,633.00 | 10,353.74 | 10,353.74 | 2,210.07 | 658.01 |
| CAVALRY SPV I LLC - ASSIGNEE OF | Unsecured | NA | 7,857.97 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE OF | Unsecured | NA | 16,067.69 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 19,989.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL SYST | Unsecured | 832.00 | NA | NA | 0.00 | 0.00 |
| CREDENCE RESOURCE MANAGEME | Unsecured | 716.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 7,744.00 | 7,744.15 | 7,744.15 | 0.00 | 0.00 |
| DOLLAR BANK FSB** | Secured | 82,758.00 | 82,686.19 | 0.00 | 12,166.14 | 0.00 |
| DOLLAR BANK FSB** | Secured | 0.00 | 3,186.02 | 3,186.02 | 2,443.39 | 0.00 |
| ERC | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| FAYETTE COUNTY TAX CLAIM BUR | Secured | NA | 1,128.51 | 1,128.51 | 306.76 | 66.59 |
| FED LOAN SERVICING | Unsecured | 4,014.00 | NA | NA | 325.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 3,321.00 | NA | NA | 325.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 1,847.00 | NA | NA | 325.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 280.00 | NA | NA | 59.40 | 0.00 |
| FIRST COMMONWEALTH BANK | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 7,413.00 | 6,278.00 | 6,278.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 1,135.00 | 1,135.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 695.00 | 689.15 | 689.15 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Secured | 16,199.88 | 16,020.31 | 16,020.31 | 3,349.30 | 1,021.42 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 600.00 | 600.00 | 0.00 | 0.00 |
| NAVIENT | Unsecured | 3,039.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES LLC | Unsecured | NA | 914.85 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 4,831.00 | 4,831.94 | 4,831.94 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,099.00 | 1,099.07 | 1,099.07 | 0.00 | 0.00 |
| RAVI GI ASSOC | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLE | Priority | NA | NA | 4,284.77 | 4,284.77 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLE | Priority | NA | NA | 25.00 | 25.00 | 0.00 |
| SALLIE MAE BANK | Unsecured | NA | 2,980.37 | 2,980.37 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SEARS/CITI CARD USA*++ | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| STANWOOD AREA FCU | Secured | 5,518.00 | NA | 5,518.00 | 0.00 | 0.00 |
| TAX AUTH OR TYPE TAX UNKNOWN | Secured | 985.96 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Unsecured | 0.00 | 20,188.57 | 20,188.57 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Secured | 44,395.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | 500.00 | 818.72 | 818.72 | 0.00 | 0.00 |
| WEST PENN POWER* | Unsecured | 613.58 | 1,010.82 | 1,010.82 | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $12,166.14 | $0.00 |
| Mortgage Arrearage | $3,186.02 | $2,443.39 | $0.00 |
| Debt Secured by Vehicle | $26,374.05 | $5,559.37 | $1,679.43 |
| All Other Secured | $6,646.51 | $306.76 | $66.59 |
| **TOTAL SECURED:** | **$36,206.58** | **$20,475.66** | **$1,746.02** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,587.77 | $4,309.77 | $0.00 |
| **TOTAL PRIORITY:** | **$10,587.77** | **$4,309.77** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$41,097.79** | **$1,034.40** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $4,960.15 |
| Disbursements to Creditors | $27,565.85 |
| **TOTAL DISBURSEMENTS :** | **$32,526.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/07/2021                    By: /s/ Ronda J. Winnecour
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**